IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| JENIFER BURNEM,<br><br>      Plaintiff,<br><br>vs.<br><br>DOLGEN MIDWEST, LLC,<br><br>      Defendant. | Case No. 2:25-CV-00280<br><br>JUDGE EDMUND A. SARGUS<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY CASE PENDING ARBITRATION** |

1. Jennifer Burnem ("Plaintiff") and Defendant Dolgen Midwest, LLC ("Defendant") (collectively, "the Parties") have filed their Stipulated Motion to Stay Case Pending Arbitration.

2. On May 14, 2025, the Parties received confirmation that the American Arbitration Association ("AAA") has accepted Plaintiff's Demand for Arbitration. The Parties are awaiting case management deadlines from the AAA regarding the arbitration proceeding.

3. Upon consideration of the Parties' Stipulated Motion to Stay Case Pending Arbitration, the Court finds that good cause exists to stay this action until after arbitration. Thus, it is hereby ORDERED that this Motion is GRANTED, and this case is stayed until after the arbitration is completed.

IT IS SO ORDERED.

7/8/2025
Date

s/Edmund A. Sargus, Jr.
Edmund A. Sargus, Jr.
United States District Judge